United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 25-51420-KMS
Raymond T. Campbell, Jr     Chapter 7
Linda A. Campbell
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2
Date Rcvd: Jan 20, 2026     Form ID: 318     Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Raymond T. Campbell, Jr, Linda A. Campbell, 9 Crestview Drive, Carriere, MS 39426-8587 |
| cr | + | FNB Picayune Bank, P.O. Box 175, c/o William P. Wessler, Gulfport, MS 39502, UNITED STATES 39502-0175 |
| 5567797 | + | Clear Creek Stud, LLC, 11591 Hwy 1078, Folsom, LA 70437-3505 |
| 5567798 | + | Conn's Home Place, P.O. Box 2358, Beaumont, TX 77704-2358 |
| 5567801 | + | FNB Picayune, 121 E Canal Street, Picayune, MS 39466-4505 |
| 5567802 | + | Guidry & Guidry, 324 S. Main Street, Saint Martinville, LA 70582-4536 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Jan 21 2026 01:43:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Jan 21 2026 01:43:00 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: BANKAMER | Jan 21 2026 01:43:00 | Bank Of America, N.A., 7105 Corporate Drive, Plano, TX 75024-4100 |
| 5571383 | + | EDI: AISACG.COM | Jan 21 2026 01:43:00 | Ally Bank Department, AIS Portfolio Services LLC, 4515 N Santa Fe Ave Dept APS, Oklahoma City OK 73118-7901 |
| 5567793 | + | EDI: GMACFS.COM | Jan 21 2026 01:43:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 5567794 | + | Email/PDF: bncnotices@becket-lee.com | Jan 20 2026 20:51:26 | American Express, P.O. Box 96001, Los Angeles, CA 90096-8000 |
| 5567795 | | EDI: BANKAMER | Jan 21 2026 01:43:00 | Bank of America, P.O. Box 15019, Wilmington, DE 19886 |
| 5567796 | + | EDI: CAPITALONE.COM | Jan 21 2026 01:43:00 | Capital One, P.O. Box 60519, City of Industry, CA 91716-0519 |
| 5567799 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 20 2026 20:51:26 | Credit One, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 5567800 | | EDI: DISCOVER | Jan 21 2026 01:43:00 | Discover, P.O. Box 30943, Salt Lake City, UT 84130 |
| 5567803 | + | EDI: SYNC | Jan 21 2026 01:43:00 | Harbor Freight, P.O. Box 32896-5022 |
| 5567804 | + | Email/Text: bankruptcy@webbank.com | Jan 20 2026 20:41:00 | Imagine, P.O. Box 105824, Atlanta, GA 30348-5824 |
| 5598805 | + | Email/Text: BKNC@rlselaw.com | Jan 20 2026 20:41:00 | Natalie Kareda Brown, Esq., Rubin Lublin, LLC, Atty for Bank of America NA, 3145 Avalon Ridge Place, Suite 100, Peachtree Corners, GA 30071-1570 |

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 20, 2026 | Form ID: 318 | Total Noticed: 22 |

| | | | | |
|---|---|---|---|---|
| 5567805 | + Email/Text: netcreditbnc@enova.com | | Jan 20 2026 20:41:56 | NetCredit, 175 W Jackson Blvd, Suite 600, Chicago, IL 60604-2948 |
| 5567806 | + EDI: AGFINANCE.COM | | Jan 21 2026 01:43:00 | One Main Financial, c/o C.T. Corporation System, 645 Lakeland Drive East STE 101, Flowood, MS 39232-9099 |
| 5567807 | Email/Text: bankruptcy@springoakscapital.com | | Jan 20 2026 20:40:00 | Springs Oaks Capital, LLC, P.O. Box 1216, Chesapeake, VA 23327 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2026        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| George Adam Sanford | on behalf of Trustee George Adam Sanford adam@mcraneymcraney.com mcraneylaw@gmail.com;sclement.mcraneymcraney@gmail.com;McRaneyRR50474@notify.bestcase.com;mcraney-sanford-killebrew-pllc@events.glade.ai |
| George Adam Sanford | trustee@mcraneymcraney.com MS18@ecfcbis.com |
| Natalie Kareda Brown | on behalf of Creditor Bank Of America N.A. nbrown@rlselaw.com, lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com |
| Nicholas T Grillo | on behalf of Joint Debtor Linda A. Campbell grillolawms@gmail.com GrilloLawFirm@jubileebk.net |
| Nicholas T Grillo | on behalf of Debtor Raymond T. Campbell Jr grillolawms@gmail.com, GrilloLawFirm@jubileebk.net |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| William P. Wessler | on behalf of Creditor FNB Picayune Bank william@wesslerbankruptcy.com |

TOTAL: 7

| | | | |
|---|---|---|---|
| *Information to identify the case:* | | | |
| Debtor 1 | **Raymond T. Campbell Jr** | Social Security number or ITIN | **xxx–xx–7165** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 | **Linda A. Campbell** | Social Security number or ITIN | **xxx–xx–3084** |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | | |
| Case number:   **25–51420–KMS** | | | |

## Order of Discharge                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Raymond T. Campbell Jr**                              **Linda A. Campbell**

Dated: 1/20/26                                          **By the court:**   /s/Katharine M. Samson
                                                                            United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**